IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| CINCOM SYSTEMS, INC., : | Case No. 1:20-cv-83 |
| Plaintiff, : | Judge Matthew W. McFarland |
| v. : | |
| LABWARE, INC., : | |
| Defendant. : | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:
1. Plaintiff's Motion to Exclude the Expert Testimony of Benjamin Goldberg (Doc. 85) is DENIED;
2. Plaintiff's Motion to Exclude the Expert Testimony of Daniel McGavock (Doc. 86) is DENIED;
3. Plaintiff's Motion in Limine to Exclude Defendant's Use of VSE Manuals (Doc. 87) is DENIED;
4. Plaintiff's Motion in Limine to Exclude Testimony and Evidence for Violating the Source Code Inspection Protocol (Doc. 88) is DENIED;
5. Defendant's Motion for Summary Judgment (Doc. 83) is GRANTED;
6. Plaintiff's Motion for Partial Summary Judgment (Doc. 92) is DENIED;
7. Summary judgment on Plaintiff's copyright infringement claim is ENTERED in favor of Defendant;
8. Summary judgment on Plaintiff's misappropriation of trade secrets claim is ENTERED in favor of Defendant; and
9. The Court SEALS this Opinion and DIRECTS the parties, within 30 days of

entry, to jointly file (a) a copy of this Opinion with proposed strikethroughs of only the material that should be redacted in the final version available to the public and (b) a brief addendum as to why each redaction is necessary under *Shane Grp., Inc. v. Blue Cross Blue Shield*, 825 F.3d 299 (6th Cir. 2016).

Dated:  July 18, 2024.                                    Richard W. Nagel, Clerk of Court
                                                                          By:  */s/ Kellie A. Fields*
                                                                                  Deputy Clerk